```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
MICHELE A. BAPTISTE,                                                 :
                                                                     :
                              Plaintiff,                             :
                                                                     :          22-CV-2785 (JMF)
              -v-                                                    :
                                                                     :              ORDER
THE CITY UNIVERSITY OF NEW YORK et al.,                              :
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's August 8, 2022 Order, ECF No. 15, Defendants were required to respond to Plaintiff's amended complaint no later than three weeks from Plaintiff's filing of her amended complaint. Plaintiff filed her amended complaint on September 16, 2022, and, to date, Defendants have yet to respond. As a courtesy, Defendants' deadline to respond is hereby EXTENDED, *nunc pro tunc*, to **October 14, 2022**.

      SO ORDERED.

Dated: October 12, 2022  
       New York, New York  
                                              JESSE M. FURMAN  
                                          United States District Judge