UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    :
MICHELE A. BAPTISTE,                                           :
    :
                   Plaintiff,     :                    22-CV-2785 (JMF)
    :
                -v-                           :                     ORDER
    :
THE CITY UNIVERSITY OF NEW YORK et al.,  :
    :
                 Defendants.    :
    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motion to dismiss, *see* ECF No. 22, Defendants' earlier motion to dismiss filed at ECF No. 13 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **December 9, 2022**. Defendants' reply, if any, is due by **December 23, 2022**. *See* ECF No. 21.

       The Clerk of Court is directed to terminate ECF No. 13.

       SO ORDERED.

Dated: November 1, 2022
       New York, New York
                                              JESSE M. FURMAN
                                          United States District Judge