

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

December 28, 2022

**Via ECF**  
The Honorable Jesse M. Furman  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, New York 10007

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 28.

SO ORDERED.

December 29, 2022

Re:  *Baptiste v. CUNY, et al.*, **1:22-cv-02785 (JMF)**

Your Honor:

This Office represents the defendants in this case, The City University of New York ("CUNY") and its President, Vincent Boudreau. Defendants respectfully request, with Plaintiff's consent, that their time to serve a reply brief in response to plaintiff's opposition to Defendants' motion to dismiss the Second Amended Complaint (ECF Doc. 27) be extended from January 6, 2023 until January 20, 2023.

Defendants make this request due to several other significant professional obligations that Defendants' counsel must meet in the next few weeks in multiple cases, including a compressed, court-ordered deposition schedule. Plaintiff consents to this request. This is Defendants' first request for an extension of time to reply to plaintiff's opposition brief.

Thank you for your consideration in this matter.

Respectfully submitted,

/s/ *Clement J. Colucci*

Clement J. Colucci  
Assistant Attorney General  
(212) 416-8634