UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHELE A. BAPTISTE,                              :
                                                                         :
                               Plaintiff,   :
                                                                         :   **RULE 502(d) ORDER**
             - against -                          :
                                                                         :   22-cv-2785
THE CITY UNIVERSITY OF NEW YORK, and   :
VINCENT BOUDREAU, in his individual and    :
official capacity,                                         :
                                                                         :
                           Defendants.   :
-----------------------------------------------------------X

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d). The provisions of Federal Rule of Evidence 502(b) do not apply.

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or other information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

SO ORDERED.

Dated:     November 13, 2023
         New York, New York

_____

1