**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MICHELE A. BAPTISTE,

                     Plaintiff,

-against-                                            22 **CIVIL** 2785 (JMF)

                                                                    **JUDGMENT**

THE CITY UNIVERSITY OF NEW YORK et al.,

                     Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 9, 2024, and the Court's Opinion and Order dated June 29, 2023, Defendants' motion for summary judgment is GRANTED. Specifically, Baptiste's remaining federal claims are dismissed with prejudice and her remaining NYCHRL claim is dismissed without prejudice to refiling in state court. More specifically, the following claims are DISMISSED: (1) Baptiste's discrimination claims; (2) Her Rehabilitation Act retaliation claim against Boudreau in his individual capacity; (3) Her retaliation claim under the Equal Protection Clause; and (4) Her NYSHRL retaliation claim. Baptiste's other claims — namely, her retaliation claim under the Rehabilitation Act against CUNY and Boudreau in his official capacity, her retaliation claim under Section 1981, and her retaliation claim against Boudreau under the NYCHRL — survive. Additionally, the Court has declined to sua sponte grant Baptiste leave to amend her dismissed claims. Judgment is entered for Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

        December 10, 2024

                                                                **TAMMI M. HELLWIG**
                                                                   **Clerk of Court**

                               **BY:**                *K. Mango*

                                                                   **Deputy Clerk**