

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

December 12, 2024

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square, Room 1105
New York, New York 10007

      Re:    *Baptiste v. City University of New York, et al.*, 22-cv-02785 (JMF)

Dear Judge Furman:

      This Office represents Defendants the City University of New York ("CUNY") and Vincent Boudreau (collectively, "Defendants") in the above-referenced case. Defendants respectfully request that the District Clerk's Judgment, which was entered on December 10, 2024 (ECF 80, the "Judgment"), be corrected so that it conforms to the Court's December 9, 2024 Opinion and Order granting summary judgment in Defendants' favor (ECF 79, the "Summary Judgment Decision").

      Most significantly, the Judgment incorrectly states that "Baptiste's other claims— namely, her retaliation claim under the Rehabilitation Act against CUNY and Boudreau in his official capacity, her retaliation claim under Section 1981, and her retaliation claim against Boudreau under the NYCHRL— survive." To the contrary, in the Summary Judgment Decision, Your Honor dismissed all of Plaintiff's federal claims with prejudice, and dismissed her remaining state law claim under the NYCHRL without prejudice to refiling in state court. Thus, none of Plaintiff's claims survived the Summary Judgment Decision.[1]

      Accordingly, Defendants respectfully request that the Judgment be amended to reflect the fact that all of Plaintiff's claims have been dismissed. We thank the Court for its time and attention to this matter.

---

[1] The Judgment also mistakenly states that "the Court has declined to sua sponte grant Baptiste leave to amend her dismissed claims." However, the denial of leave to amend is not contained in the Summary Judgment Decision, but rather in the Court's Opinion and Order of June 29, 2023 (ECF 34).

Litigation Bureau | 28 Liberty Street, New York NY 10005
212-416-8610 | ag.ny.gov

Hon. Jesse M. Furman  Page 2 of 2
December 12, 2024

        Respectfully submitted,

        /s/  Matthew J. Lawson
        MATTHEW J. LAWSON
        Assistant Attorney General
        212-416-8733
        Matthew.Lawson@ag.ny.gov

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 81, and amend the Judgment consistent with this Court's December 9, 2024 Opinion and Order, *see* ECF No. 7 at 15, dismissing Plaintiff's federal claims with prejudice and remaining state law claims without prejudice to refiling in state court.

SO ORDERED.

*[signature]*

December 12, 2024