**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MICHELE A. BAPTISTE,

                      Plaintiff,
-against-                                  22 **CIVIL** 2785 (JMF)

                                              **AMENDED JUDGMENT**

THE CITY UNIVERSITY OF NEW YORK et al.,

                      Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated December 12, 2024, Plaintiff's federal claims are dismissed with prejudice and the remaining state law claims without prejudice to refiling in state court.

**Dated:**  New York, New York
          December 16, 2024

                                                      **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                           **BY:**      *K. Mango*

                                                      **Deputy Clerk**